# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LORI IRISH,

    Plaintiff,

vs.

UNITED STATES MARSHALS,

    Defendants.

Case No. 2:10-CV-00719-JCM-(LRL)

**ORDER**

Plaintiff, who is a prisoner in custody at FCI Waseca, see 28 U.S.C. § 1915(h), has submitted a complaint (#1). The court dismisses this action because plaintiff did not pay the filing fee, nor did she submit an application to proceed in forma pauperis with a financial certificate and a copy of her inmate account statement, as required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2.

IT IS THEREFORE ORDERED that the clerk of the court shall send plaintiff a blank form for an application to proceed in forma pauperis for incarcerated litigants and a blank civil rights complaint form with instructions.

///
///
///
///
///
///

-2-

1         IT IS FURTHER ORDERED that this action is **DISMISSED** without prejudice to
2   plaintiff's commencement of a <u>new</u> action in which she either pays the filing fee in full or submits a
3   complete application to proceed <u>in forma pauperis</u>, accompanied by a signed financial certificate
4   and a statement of her inmate account. The clerk of the court shall enter judgment accordingly.
5       DATED: June 25, 2010.

7   _____
    JAMES C. MAHAN
8   United States District Judge

-2-